# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **GARY ALLEN GLIDDEN #145432** | § | **PETITIONER** |
| | § | |
| v. | § | **CAUSE NO. 1:09CV760 LG-RHW** |
| | § | |
| **LAWRENCE KELLY, ET AL.** | § | **RESPONDENTS** |

## FINAL JUDGMENT

In accordance with the Order Dismissing Petition for Writ of Habeas Corpus entered herewith;

**IT IS ORDERED AND ADJUDGED** that Petitioner's Petition for Writ of Habeas is **DISMISSED** for failure to exhaust state court remedies.

**SO ORDERED AND ADJUDGED** this the 25th day of January, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE